

EXHIBIT S-10 02CF314 RM 1-7-08

Case 2:11-cv-00803-WCG   Filed 01/31/13   Page 1 of 1   Document 46-4