```
Final                                                           St. Catherine's Hospital
JENSEN, JULIE                                                   Dept. of Laboratory Medicine
Patient MRN: ME-K                  Orgz:                        3556 - 7th Avenue
PATIENT ID: 12161          Loc:                    Sex: F       Kenosha, WI    53140
Age:         Svc:                                  Race:
DOCTOR UNASSIGNED,                                              414-656-3294
Registration Date:         Registration Time:
Report for: DOCTOR UNASSIGNED
```

## CHEMISTRY
### AUTOMATED CHEMISTRY

| TESTS | 04/08/1999 12:00 | NORMAL RANGES | UNITS |
|---|---|---|---|
| SODIUM | 145 UN =1= | | mmol/L |
| POTASSIUM | 14.0 =2= | | mmol/L |
| CHLORIDE | 125 UN =3= | | mEq/L |
| BUN | 24 UN =4= | | mg/dL |
| CO2 | 22 UN =5= | | mmol/L |

Comments: =1=: VITREOUS HUMOUR FLUID
          =2=: VITREOUS HUMOUR FLUID
          =3=: VITREOUS HUMOUR FLUID
          =4=: VITREOUS HUMOUR FLUID
          =5=: VITREOUS HUMOUR FLUID

FILED
FEB 19 2008
REBECCA MATOSKA-MENTINK
CLERK OF CIRCUIT COURT


EXHIBIT D15
02CF314  RM  01-08-08

Key:  H: High   L: Low   AB: Abnormal   UN: Unknown   HH: AttnHigh   LL: AttnLow   *: Attn
      UA: Unknown   H*: Critical High   L*: Critical Low   **: Critical   UC: Unknown   (): New Resu

As of: 04/09/99   04:40                                                                Page: 1 of 1

Case 2:11-cv-00803-WCG   Filed 01/31/13   Page 1 of 1   Document 46-8

004021