# Kenosha County EMS System
Kenosha Hospital & Medical Center and St. Catherine's Hospital

**EXHIBIT** D21 02CF314 RM

**FILED** FEB 19 2008
REBECCA MATOSKA-MENTINK
CLERK OF CIRCUIT COURT.

Provider License No. 01210
Patient No. 1 of 1
Report Continued? ☐ Yes ☒ No

Date: DEC / 03 / 98
Dept. AIPR
Vehicle No. 564
Incident No. ___
Run No. 98-901159

## Patient Information

**Location of Call:** 9020 LSD
**Name:** Julie C. Jensen
**Address:** 9020 - LSD.
**City:** Pleasant Prair
**State:** ___
**Zip:** 53142
**Age:** 42
**Sex:** F
**Date of Birth:** 2/26/5
**Telephone No.:** 694-5884
**Local Physician:** Borman
**Dispatched As:** PNB

**Chief Complaint:** UNRESPONSIVE  Ox3

| Time | B/P | Pulse | Resp. | Pupils | Mental | Skin | Breath Sounds |
|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | cool Dry | Absent |

Breath sounds changed enroute. see narrative ☐ Yes ☐ No

## Time Information
Received 1632
Enroute 1632
Initial Unit on Scene 5641
At Location 1635
To Hospital  NO TX
At Hospital
In Service 1821/1827
End Mileage
Begin Mileage
Total Mileage

**Medications / Allergies:** Paxil New as of tocs, Ambien
**Allergies:** NKA

## Bystander Treatment
Arrest Witnessed ☐ Yes ☐ No
Time of Arrest ___
CPR ☐ Yes ☐ No
By Whom ___
CPR Stop Time ___
Seat Belt Used ☐ Yes ☐ No
Blood/Body Fluid Exposure ☐ Yes ☐ No
Explain ___

## Medical History
☐ Heart Disease
☐ Asthma
☐ Diabetes
☐ Stroke
☐ Substance Use
☐ Hypertension
☐ COPD
☐ Epilepsy
☐ OB/Gyn.
☐ Psych.
Other

## Treatment and Procedure

| Procedure | # | | | |
|---|---|---|---|---|
| Assessment/Evaluation | 01 | ✓ | ✓ | ✓ |
| Vital Signs | 02 | | ✓ | |
| Bandaging | 03 | | | |
| Controlled Bleeding | 04 | | | |
| Limb Splints | 05 | | | |
| Traction Splint | 06 | | | |
| Spinal Immobilization | 07 | | | |
| OB Delivery | 08 | | | |
| Mast Application | 09 | | | |
| Oxygen | 10 | | | |
| Suction Airway | 11 | | | |
| Oral Airway | 12 | | | |
| EOA or EGTA | 13 | | | |
| Endotracheal Tube | 14 | | | |
| Breath Sounds | 15 | | | |
| Communication | 16 | | ✓ | |
| Cardiac Compressions | 17 | | | |
| Cardiac Monitor Use | 18 | | ✓ | |
| Defibrillation | 19 | | | |
| I.V. Unable | 20 | | | |
| I.V. Start | 21 | | | |
| BG Chem Stick | 22 | | | |
| Blood Draw | 23 | | | |
| Drug Administration | 24 | | | |
| Other | 25 | | | |

**Assessment/Narrative:** Went to Doctor Tues for depression. Up for 3 days prior to going to Doctor. Monitor showed 0 in all 3 leads. Nail contracted NFD. Rigidity + posturing noted w/ face and (L) side.

**Medical Direction:** ☐ (R)adio ☒ (P)hone ☐ (C)ellular ☐ (D)irect
**Receiving Facility:** 34 KHMC
**Receiving Signature:** ___
**Reporting Signature:** ___
**Print Name and License:** ___

000951

# OUT OF HOSPITAL CARE REPORT
## Pleasant Prairie Fire & Rescue

Service No 01210
Unit No. 5641
Dispatch Date 12/03/1998

| | | | | |
|---|---|---|---|---|
| Incident No 98-901159 | Onset Date 12/03/1998 | Report Date 12/03/1998 | Station 1 | |
| Crash No | Trauma ID | 911 Used 1 911 | Shift 3 | |

**Times**
- Dispatch Notified 16:32:00
- Unit Notified 16:32:00
- Unit Enroute 16:32:00
- Arrived Scene 16:35:00
- Enroute Dest
- Arrived Dest
- Back In Service 18:27:00
- ALS Arrival 16:35:

**Response Analysis**
- Dispatch 00:00:00
- En Route 00:00:00
- To Scene 00:03:00
- At Scene 00:00:00
- Transport 00:00:00
- Out of Srv 01:55:00
- Total Time 01:55:00
- Total Miles 0.00
- Loaded Miles 0.00

Scene Address: 9020 Lakeshore Drive, Pleasant Prairie, WI 53158
Location Type: 29 Other Residence
Response Code to Scene: 1 Emergency
Highest Experience Level at Scene: P EMT-Paramedic
Mutual Aid None

Township PLPR   County KEN   Census 0020.00
District NON   Lights & Siren to Scene? Yes
Occup Id

Patient # 001   Name Jensen, Julie C   SSN 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   Gender Female   DOB 02/26/1958
Address 9020 Lakeshore Drive   City Pleasant Prairie   St WI   Zip 53158   Phone 414-694-5884
Race 99 Unknown   Age 40 yrs 10 mos

Dispatched For PNB
Chief Complaint Unresponsive 0-0-0
Provider Impression 798.99   Obvious Death
Tx Authorization 3   Protocols

Injury Sustained? N/A
Injury Intent 8   Not Applicable
Cause of Injury
Alcohol/Drug Use 99 Unknown

**Patient Prior Medical History**
87 Psychiatric

**Factors Affecting EMS Care**

**Prior EMS Care Given**

**Safety Equipt Worn by Patient**

**Patient/Staff Exposures**
Staff Member   Exposure Type

**Exposure Precautions Taken**
| Staff Member | | Precaution Type |
|---|---|---|
| 5011 | Ryan P Holm | 02 Gloves |
| 5015 | Michael A Barnes | 02 Gloves |
| 5063 | David P Wilkinson | 02 Gloves |

**Injury/Illness Detail**
Type   Area   Severity   Primary Symptom   Job Rel?

**Procedures Performed**
| Time | Procedure | | Staff Id | Success? |
|---|---|---|---|---|
| 16:35 | 89.51 | ECG Monitoring | 5011 | Y |
| 16:35 | COMM | Communication | 5011 | Y |
| 16:35 | EXAM | Physical Exam/Assessment | 5011 | Y |

**Medications Administered**
Time   Medication   Staff Id   Dosage

**Vitals**
| Time | Pulse | Resp | Temp | BP | ECG Rhythm | GCS | RTS | Skin Parameters | L Pupil | R Pupil | Skin Perf. | Resp. Effort |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16:35 | | | 98.60 | / | 02 Asystole | 3 | | Dry/Cyan/Cool | No Res | No Res | Decr | Absent |

* Denotes Blood Pressure Reading by Palpation
(P)osture: 1=Supine 2=Sitting 3=Standing 4=Prone

**Disposition**
- Patient Transported? No
- Transported to NA Not Applicable
- Agency Tiered with
- Lights & Siren from Scene? No
- Mode of Transport
- Dest Determined by
- Diverted to NA Not Applicable
- Patient Disposition 12 Dead at Scene

**Insurance**
Type   Policy #   Agent   City   Phone   Insured Name

**Narrative**
Called to location for a P.N.B. female, dispatch stayed that it was a possible "F" frank. Upon arrival found 41 Y.O. female lying face down in bed, rigidity and pooling of blood in the face and left side. Pt placed on HM and showed asystole in three leads. Med control contacted with no further orders. Pt has a history of depression and had taken medication for it. All pills were accounted for in the prescription bottles. Only three of ten

were missing from an Rx filled yesterday. P.D. on location took control of scene and medical examiner contacted.

## Responding Personnel

| Staff Id | Name/Rank | Unit | Position | |
|---|---|---|---|---|
| 5001 | Andersen, Dennis J/Assistant Chief | ST1 | PR | Paid on Call - Rescue |
| 5011 | Holm, Ryan P/Firemedic | 5641 | FD | Full-time On Duty |
| *5015 | Barnes, Michael A/Firemedic | 5641 | FD | Full-time On Duty |
| 5020 | Brehm, Robert L/Paramedic | 5641 | PR | Paid on Call - Rescue |
| 5021 | Alia, John A/Firefighter Emt-DA | 5641 | PR | Paid on Call - Rescue |
| 5041 | Poltrock II, Kerry W/Firefighter Emt-DA | 5641 | PR | Paid on Call - Rescue |
| 5063 | Wilkinson, David P/Firefighter Emt-DA | 5641 | PR | Paid on Call - Rescue |

* Denotes Driver

## Officer/Member Making Report

Officer Name   Holm, Ryan P/Firemedic        Date   12/03/1998   Signature _____

Member Name   Holm, Ryan P/Firemedic        Date   12/03/1998   Signature _____

_____
Signature of Attending Physician

On this date I responded to the scene of a reported person unconscious and not breathing. Upon my arrival I entered the house with a police officer coming in shortly behind me we were directed to the rear bedroom, by the husband of our pt., who also stated that his wife was taking a sleeping pill and an antidepressant. When I entered the room I found the pt. lying on the bed on left lateral side, covered with her blankets in a semi-fetal position. At that time I noticed that the telephone was off the hook. Which I placed on the base while in view of the officer. I then went over to the pt. and checked for a carotid pulse and felt none. I then moved the covers off of the right hand and again check for a radial pulse again I felt nothing. At that time I felt the arm which was cold, appeared to be stiff and in rigormortis. At that time I waited for 5641 to arrive and confirm her state.

David Wilkinson

FF / EMT-DA