GCMS
12b
blood
Jensen

**TIC of 08180701007.d**

Abundance

2800000
2400000
2000000
1600000
1200000
800000
400000
0

1.5

E6L

Time (min.)
6    8    10    12    14    16    18

**Scan 145 (6.282 min) of 08180701007.d**

Abundance

120000
100000
80000
60000
40000
20000
0

E6L

91

148

118

77

51

65

89

104

133

Mass/Charge
60    80    100    120    140



JT   EXHIBIT
tabbies
D   125   01/16/
02CF314   PM

REBECCA   Case 2:11-cv-00803-WCG   Filed 01/31/13   Page 1 of 1   Document 46-78
CLERK OF CIRCUIT COURT